# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA; PETROLEOS DE VENEZUELA, S.A.<br><br>Defendants. | Civil Action No.: 18-cv-1963-UNA |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Rajat Rana of Alston & Bird LLP, to represent Saint-Gobain Performance Plastics Europe in the above-captioned action.

Dated: December 13, 2018

/s/ *Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2018

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

        Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 13, 2018

                                            /s/ *Rajat Rana*
                                            Rajat Rana
                                            ALSTON & BIRD LLP
                                            90 Park Avenue
                                            New York, NY 10016
                                            Tel:    202-210-9400
                                            Fax:   212-210-9444
                                            Email: rajat.rana@alston.com