# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>      Plaintiff,<br><br>  v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA; PETRÓLEOS DE VENEZUELA, S.A.,<br><br>      Defendants. | Civil Action No.: 1:18-cv-01963-LPS |

## REQUEST FOR CLERK TO ENTER DEFAULT

Pursuant to Rules 55(a) of the Federal Rules of Civil Procedure, Plaintiff and Arbitration Award Creditor Saint-Gobain Performance Plastics Europe requests that the Clerk enter a default against Bolivarian Republic of Venezuela ("Venezuela") and its alter-ego, Petróleos De Venezuela, S.A. ("PDVSA"), on the basis that the record in this case, including but not limited to the Declaration of Alexander A. Yanos (D.I. #3), and the accompanying further Declaration of Alexander A. Yanos, shows that Venezuela and its alter-ego, PDVSA, have failed to plead or otherwise defend.

| | |
|---|---|
| Dated: April 24, 2019 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>Peter J. Keane (DE Bar No. 5503)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>E-mail: ljones@pszjlaw.com<br>           pkeane@pszjlaw.com |
| | – and – |
| | Alex Yanos (admitted *pro hac vice*)<br>Carlos Ramos-Mrosovsky (admitted *pro hac vice*)<br>Rajat Rana (admitted *pro hac vice*)<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016<br>Tel:    202-210-9400<br>Fax:   212-210-9444<br>Email:  alex.yanos@alston.com<br>           carlos.ramos-mrosovsky@alston.com<br>           rajat.rana@alston.com |
| | *Counsel for Plaintiff Saint-Gobain Performance Plastics Europe* |