IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA; PETROLEOS DE VENEZUELA, S.A., | ) ) ) ) ) |
| Defendants. | ) |

Civil Action No. 18-1963-LPS

## CLERK'S ENTRY OF DEFAULT

AND NOW TO WIT THIS 12th day of June, 2019, it appearing from the Declarations of Alexander A. Yanos (D.I. 3, 9) that Defendants Bolivarian Republic of Venezuela and Petroleos de Venezuela, S.A. have not answered or otherwise moved with respect to the Complaint (D.I. 1), and the Plaintiff having requested the entry of a default,

IT IS HEREBY ORDERED, in accordance with FRCP 55(a) that a default is hereby entered against Defendants Bolivarian Republic of Venezuela and Petroleos de Venezuela, S.A.

_____
DEPUTY CLERK