# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA; PETRÓLEOS DE VENEZUELA, S.A.,<br><br>　　　　　　Defendants. | Civil Action No. 1:18-cv-01963-LPS<br><br>**STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Saint-Gobain Performance Plastics Europe, Defendant Bolivarian Republic of Venezuela, and Defendant Petróleos de Venezuela, S.A., that the time for Defendants to oppose or otherwise respond to Plaintiff's motion for a default judgment (ECF No. 11), shall be extended from July 8, 2019 to August 7, 2019.

IT IS FURTHER STIPIULATED AND AGREED that this Stipulation may be executed electronically and in counterparts.

| | |
|---|---|
| Date: July 8, 2019 | Date: July 8, 2019 |
| HOGAN LOVELLS US LLP | ARNOLD & PORTER |
| By: /s/ Scott R. Haiber<br>　　　Scott R. Haiber (DE ID 2995)<br>100 International Drive, Suite 2000<br>Baltimore, MD 21202<br>(410) 659-2700<br>scott.haiber@hoganlovells.com | By: /s/ Kent A. Yalowitz<br>　　　Kent A. Yalowitz<br>250 West 55th Street<br>New York, NY 10019<br>(212) 836-8344<br>kent.yalowitz@arnoldporter.com |
| *Counsel for Defendant*<br>*Petróleos de Venezuela, S.A.* | *Counsel for Defendant*<br>*Bolivarian Republic of  Venezuela* |

Date: July 8, 2019

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ Laura Davis Jones
     Laura Davis Jones
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
(302) 652-4100
ljones@pszjlaw.com

*Counsel for Plaintiff*
*Saint-Gobain Performance Plastics Europe*

                          SO ORDERED this ____ day of _____, 2019

                          _____
                          Judge Leonard P. Stark, U.S.D.J.